# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re: OZONE SYSTEMS, INC. § Case No. 91-03294-LT
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M Kipperman, Ch. 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $10,000.00         Assets Exempt: N/A

Total Distribution to Claimants: $52,261.45   Claims Discharged
                                              Without Payment: N/A

Total Expenses of Administration: $31,879.18

3) Total gross receipts of $ 84,140.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $84,140.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $28,855.28 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 33,217.05 | 31,879.18 | 31,879.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 655,778.48 | 1,098,886.65 | 431,928.25 | 52,261.45 |
| **TOTAL DISBURSEMENTS** | $655,778.48 | $1,160,958.98 | $463,807.43 | $84,140.63 |

  4) This case was originally filed under Chapter 7 on March 27, 1991.
. The case was pending for 230 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/25/2010   By: /s/Richard M Kipperman, Ch. 7 Trustee
             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENTIAL TRANSFERS | 1241-000 | 80,000.00 |
| SDG&E REFUNDS | 1290-000 | 871.89 |
| DEPOSIT OF MONEY | 1290-000 | 1,100.00 |
| Interest Income | 1270-000 | 2,168.74 |
| **TOTAL GROSS RECEIPTS** | | **$84,140.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPT. | 4800-000 | unknown | 28,855.28 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $28,855.28 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. Dean Johnson, CPA | 3410-000 | N/A | 262.68 | 262.68 | 262.68 |
| R. Dean Johnson, CPA | 3410-000 | N/A | 3,074.50 | 3,074.50 | 3,074.50 |
| Geraci & Lopez | 3210-000 | N/A | 23,020.00 | 23,020.00 | 23,020.00 |
| CHARLES ROCCHIO | 2990-000 | N/A | 3,000.00 | 1,662.13 | 1,662.13 |
| CLERK | 2700-000 | N/A | 28.00 | 28.00 | 28.00 |
| Richard M Kipperman, Ch. 7 Trustee | 2200-000 | N/A | 234.92 | 234.92 | 234.92 |
| Richard M Kipperman, Ch. 7 Trustee | 2100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Richard M Kipperman | 2200-000 | N/A | 156.51 | 156.51 | 156.51 |
| Richard M Kipperman | 2100-000 | N/A | 208.31 | 208.31 | 208.31 |
| CORPORATE MANAGEMENT, INC | 2300-000 | N/A | 4.78 | 4.78 | 4.78 |
| CORPORATE MANAGEMENT, INC | 2300-000 | N/A | 3.65 | 3.65 | 3.65 |
| CORPORATE MANAGEMENT, INC | 2300-000 | N/A | 3.74 | 3.74 | 3.74 |
| CORPORATE MANAGEMENT, INC | 2300-000 | N/A | 3.88 | 3.88 | 3.88 |
| Corporate Management | 2300-000 | N/A | 108.97 | 108.97 | 108.97 |
| CORPORATE MANAGEMENT, INC | 2300-000 | N/A | 3.84 | 3.84 | 3.84 |
| CORPORATE MANAGEMENT, INC. | 2300-000 | N/A | 2.44 | 2.44 | 2.44 |
| Corporate Management, Inc. | 2300-000 | N/A | 82.44 | 82.44 | 82.44 |
| Corporate Management | 2300-000 | N/A | 134.90 | 134.90 | 134.90 |
| Corporate Management | 2300-000 | N/A | 181.73 | 181.73 | 181.73 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Corporate Management | 2300-000 | N/A | 91.44 | 91.44 | 91.44 |
| Corporate Management | 2300-000 | N/A | 110.32 | 110.32 | 110.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 33,217.05 | 31,879.18 | 31,879.18 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCISE TAX BOARD | 5800-000 | unknown | N/A | N/A | 0.00 |
| STATE BOARD OF EQUALIZATION | 5800-000 | unknown | N/A | N/A | 0.00 |
| IRS | 5800-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAM MARTIN | 7100-000 | N/A | 23,846.40 | 0.00 | 0.00 |
| FOWLER ENGINEERING | 7100-000 | 330,000.00 | 364,259.62 | 308,993.62 | 48,650.44 |
| U. S. REGISTRY - FOWLER ENGINEERING | 7100-001 | N/A | N/A | N/A | 48,650.44 |
| TANGENT ENTERPRISES | 7100-000 | 9,000.00 | 60,000.00 | 0.00 | 0.00 |
| MARIO COLORADO | 7100-000 | N/A | 123,750.00 | 18,750.00 | 2,952.15 |
| U. S. REGISTRY - MARIO COLORADO | 7100-001 | N/A | N/A | N/A | 2,952.15 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| WILLIAM R. MARTIN | 7400-000 | unknown | 281,096.00 | 0.00 | 0.00 |
| MOBIL OIL CREDIT CORP. | 7100-000 | 1,753.50 | 3,896.30 | 3,896.30 | 613.46 |
| U. S. REGISTRY - MOBIL OIL CREDIT CORP. | 7100-001 | N/A | N/A | N/A | 613.46 |
| LIQUID CARBONIC SPECIALTY GAS CORP. | 7100-000 | 15.93 | 288.33 | 288.33 | 45.40 |
| U. S. REGISTRY - LIQUID CARBONIC SPECIALTY GAS CORP. | 7100-001 | N/A | N/A | N/A | 45.40 |
| MONTES METAL FINISHING | 7100-000 | unknown | N/A | N/A | 0.00 |
| EL CAJON FORD | 7100-000 | 556.96 | N/A | N/A | 0.00 |
| TELECHECK | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| FEDERAL EXPRESS | 7100-000 | 74.25 | N/A | N/A | 0.00 |
| GRAN GREGORY ENTERPRISES | 7100-000 | 2,903.56 | N/A | N/A | 0.00 |
| T-SQUARE ENGINEERING | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| SHELL OIL CO | 7100-000 | 406.06 | N/A | N/A | 0.00 |
| MATTHEW HARBERT | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| APOLLO STATIONERS | 7100-000 | 437.73 | N/A | N/A | 0.00 |
| GENERAL DYNAMICS VALLEY SYSTEMS | 7100-000 | unknown | N/A | N/A | 0.00 |
| ALLFAST | 7100-000 | 168,000.00 | N/A | N/A | 0.00 |
| W W GRAINGER INC. | 7100-000 | 244.41 | N/A | N/A | 0.00 |
| UNION TRIBUNE PUBLISHING CO. | 7100-000 | 61.20 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 2,121.39 | N/A | N/A | 0.00 |
| A-ANS-SER | 7100-000 | 203.49 | N/A | N/A | 0.00 |
| WHOLESALE COLLECTIONS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| CAROLE KINIKEN | 7400-000 | unknown | N/A | N/A | 0.00 |
| MICHAEL MARINO | 7400-000 | unknown | N/A | N/A | 0.00 |
| KENNETH PROCTOR | 7400-000 | unknown | N/A | N/A | 0.00 |
| IDA MARTIN | 7400-000 | unknown | N/A | N/A | 0.00 |
| ROBERT JABLONSKI | 7400-000 | unknown | N/A | N/A | 0.00 |
| COY BURNWORTH | 7400-000 | unknown | N/A | N/A | 0.00 |
| PAUL CLIFT | 7400-000 | unknown | N/A | N/A | 0.00 |
| DEBORAH CLIFT-MARTIN | 7400-000 | unknown | N/A | N/A | 0.00 |
| DANIEL GREATHEAD | 7400-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| MATTHEW HARBERT | 7400-000 | unknown | N/A | N/A | 0.00 |
| GEORGE HURST | 7400-000 | unknown | N/A | N/A | 0.00 |
| JAY JABLONSKI | 7400-000 | unknown | N/A | N/A | 0.00 |
| DAVID HUET | 7400-000 | unknown | N/A | N/A | 0.00 |
| ROBIN JABLONSKI | 7400-000 | unknown | N/A | N/A | 0.00 |
| RAY HARRIMAN | 7400-000 | unknown | N/A | N/A | 0.00 |
| MARIO COLORADO | 7400-000 | unknown | 123,750.00 | 50,000.00 | 0.00 |
| CHARLES ROCCHIO | 7400-000 | 115,000.00 | 118,000.00 | 50,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 655,778.48 | 1,098,886.65 | 431,928.25 | 52,261.45 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 91-03294-LT  
**Case Name:** OZONE SYSTEMS, INC.  

**Trustee:** (007900) Richard M Kipperman, Ch. 7 Trustee  
**Filed (f) or Converted (c):** 03/27/91 (f)  
**§341(a) Meeting Date:** 05/01/91  

**Period Ending:** 05/25/10  
**Claims Bar Date:** 10/13/04

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1988 FORD AEROSTAR<br>SEE PROPERTY #8 | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 2 | 1968 CHEVROLET PICKUP<br>SEE PROPERTY #8 | 500.00 | 500.00 | | 0.00 | FA |
| 3 | 1977 DODGE PANEL VAN<br>SEE PROPERTY #8 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | 1990 BEBCO TRAILER<br>SEE PROPERTY #8 | Unknown | 0.00 | | 0.00 | FA |
| 5 | 1985 FORD THUNDERBIRD<br>SEE PROPERTY #8 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6 | MACHINERY, FIXTURES, EQUIPMENT<br>SEE PROPERTY #8 | 9,036.80 | 9,036.80 | | 0.00 | FA |
| 7 | OSCAR MORTES DEBT<br>PART OF PROPERTY #8 | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 8 | PREFERENTIAL TRANSFERS  (u)<br>  RICHARD KIPPERMAN, TRUSTEE FOR OZONE SYSTEMS, INC. V. WILLIAM MARTIN, JAMES FOWLER, FOWLER ENGINEERING, INC. | 73,340.65 | 73,340.65 | | 80,000.00 | FA |
| 9 | SDG&E REFUNDS  (u) | 871.89 | 871.89 | | 871.89 | FA |
| 10 | DEPOSIT OF MONEY  (u) | 1,100.00 | 1,100.00 | | 1,100.00 | FA |
| 11 | POST-PETITION INTEREST DEPOSITS  (u) | Unknown | N/A | | 2,168.74 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$108,849.34** | **$108,849.34** | | **$84,140.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

  NFR RUNS ON 4/3/10; DISTRIBUTION

**Initial Projected Date Of Final Report (TFR):**   December 31, 2005   **Current Projected Date Of Final Report (TFR):**   March 9, 2010  (Actual)

Printed: 05/25/2010 11:46 AM     V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 91-03294-LT | **Trustee:** | Richard M Kipperman, Ch. 7 Trustee (007900) |
|---|---|---|---|
| **Case Name:** | OZONE SYSTEMS, INC. | **Bank Name:** | FIRST NATIONAL BANK |
| | | **Account:** | 105016306 - 105016306 BC |
| **Taxpayer ID #:** | 33-0240354 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 05/25/10 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/02/91 | {9} | SAN DIEGO GAS & ELECTRIC | DEPOSIT REFUND | 1290-000 | 316.10 | | 316.10 |
| 05/02/91 | {9} | SAN DIEGO GAS & ELECTRIC | DEPOSIT REFUND | 1290-000 | 555.79 | | 871.89 |
| 07/18/91 | {10} | BANK OF AMERICA CASHIER'S CHECK | BALANCE OF MULTIPLE CERTIFICATE HELD FOR THE STATE BD OF EQUALIZATION | 1290-000 | 1,100.00 | | 1,971.89 |
| 03/18/92 | 1 | CORPORATE MANAGEMENT, INC | PRO-RATED PORTION OF BLANKET BOND | 2300-000 | | 4.78 | 1,967.11 |
| 12/03/92 | 2 | CORPORATE MANAGEMENT, INC | PRO-RATED PORTION OF BLANKET BOND | 2300-000 | | 3.65 | 1,963.46 |
| 01/24/94 | 3 | CORPORATE MANAGEMENT, INC | PRO-RATED PORTION OF BLANKET BOND | 2300-000 | | 3.74 | 1,959.72 |
| 02/01/95 | 4 | CORPORATE MANAGEMENT, INC | PRO-RATED PORTION OF BLANKET BOND | 2300-000 | | 3.88 | 1,955.84 |
| 02/06/96 | 5 | CORPORATE MANAGEMENT, INC | PRO-RATED PORTION OF BLANKET BOND | 2300-000 | | 3.84 | 1,952.00 |
| 01/27/97 | | TRANSFER TO ACCT #3753499127 | Bank Funds Transfer | 9999-000 | | 1,952.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,971.89 | 1,971.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,952.00 | |
| | | | **Subtotal** | | 1,971.89 | 19.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,971.89** | **$19.89** | |

{} Asset reference(s)                                                                                                  Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 91-03294-LT | | **Trustee:** | Richard M Kipperman, Ch. 7 Trustee (007900) |
| --- | --- | --- | --- | --- |
| **Case Name:** | OZONE SYSTEMS, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | 312-0188671-19 - Time Deposit Account |
| **Taxpayer ID #:** | 33-0240354 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 05/25/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 08/17/09 | | FUNDING ACCOUNT: 312018867165 | Transfer to Open TDA | 9999-000 | 52,405.56 | | 52,405.56 |
| 09/16/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.46 | | 52,412.02 |
| 10/16/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.46 | | 52,418.48 |
| 11/16/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.68 | | 52,425.16 |
| 12/16/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.47 | | 52,431.63 |
| 01/05/10 | | Corporate Management, Inc. | Blanket Bond Disbursement #016025040 | 2300-000 | | 82.44 | 52,349.19 |
| 01/15/10 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.46 | | 52,355.65 |
| 01/26/10 | | Transfer to checking | To close TDA, closing case | 9999-000 | | 52,355.65 | 0.00 |
| | | | ACCOUNT TOTALS | | 52,438.09 | 52,438.09 | $0.00 |
| | | | Less: Bank Transfers | | 52,405.56 | 52,355.65 | |
| | | | **Subtotal** | | **32.53** | **82.44** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32.53** | **$82.44** | |

{} Asset reference(s)

Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 91-03294-LT
**Case Name:** OZONE SYSTEMS, INC.

**Taxpayer ID #:** 33-0240354
**Period Ending:** 05/25/10

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** 312-0188671-65 - Money Market Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/05/05 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | 80,133.91 | | 80,133.91 |
| 07/06/05 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FINAL INTEREST FROM B OF A | 9999-000 | 2.20 | | 80,136.11 |
| 07/29/05 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 24.26 | | 80,160.37 |
| 08/31/05 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 45.14 | | 80,205.51 |
| 09/09/05 | | Corporate Management | Blanket Bond Disbursement | 2300-000 | | 108.97 | 80,096.54 |
| 09/30/05 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 49.43 | | 80,145.97 |
| 10/31/05 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 51.07 | | 80,197.04 |
| 11/30/05 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 49.45 | | 80,246.49 |
| 12/30/05 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 51.13 | | 80,297.62 |
| 01/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 53.92 | | 80,351.54 |
| 02/14/06 | | Corporate Management | Blanket Bond Disbursement | 2300-000 | | 110.32 | 80,241.22 |
| 02/28/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 61.62 | | 80,302.84 |
| 03/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 68.23 | | 80,371.07 |
| 04/28/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 66.08 | | 80,437.15 |
| 05/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 68.34 | | 80,505.49 |
| 06/30/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 66.20 | | 80,571.69 |
| 07/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 68.46 | | 80,640.15 |
| 08/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 68.52 | | 80,708.67 |
| 09/29/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 64.12 | | 80,772.79 |
| 10/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0002% | 1270-000 | 70.79 | | 80,843.58 |
| 11/30/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0002% | 1270-000 | 66.42 | | 80,910.00 |
| 11/30/06 | | Corporate Management | Blanket Bond Disbursement | 2300-000 | | 134.90 | 80,775.10 |
| 12/29/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 64.22 | | 80,839.32 |
| 01/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 70.85 | | 80,910.17 |
| 02/28/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 58.94 | | 80,969.11 |
| 03/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 63.20 | | 81,032.31 |
| 04/27/07 | | To Account #312018867166 | Open & Transfer to new checking to pay professional | 9999-000 | | 3,437.18 | 77,595.13 |
| 04/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 65.00 | | 77,660.13 |
| 05/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 62.64 | | 77,722.77 |
| 06/29/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 58.64 | | 77,781.41 |
| 07/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 64.76 | | 77,846.17 |
| 08/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 62.79 | | 77,908.96 |
| 09/28/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 56.76 | | 77,965.72 |

Subtotals :     $81,757.09     $3,791.37

{} Asset reference(s)

Printed: 05/25/2010 11:46 AM     V.12.06

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 91-03294-LT | | Trustee: | Richard M Kipperman, Ch. 7 Trustee (007900) |
|---|---|---|---|---|
| Case Name: | OZONE SYSTEMS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | 312-0188671-65 - Money Market Account |
| Taxpayer ID #: | 33-0240354 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 05/25/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 66.94 | | 78,032.66 |
| 11/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 56.46 | | 78,089.12 |
| 12/03/07 | | Corporate Management | Blanket Bond Disbursement | 2300-000 | | 181.73 | 77,907.39 |
| 12/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 54.37 | | 77,961.76 |
| 01/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 51.46 | | 78,013.22 |
| 02/29/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 26.87 | | 78,040.09 |
| 03/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 24.29 | | 78,064.38 |
| 04/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 17.30 | | 78,081.68 |
| 05/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.67 | | 78,095.35 |
| 06/16/08 | | To Account #312018867166 | To Write Checks | 9999-000 | | 24,000.00 | 54,095.35 |
| 06/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.69 | | 54,105.04 |
| 07/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.79 | | 54,112.83 |
| 08/29/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.29 | | 54,120.12 |
| 09/09/08 | | To Account #312018867166 | Transfer to issue check | 9999-000 | | 1,660.00 | 52,460.12 |
| 09/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.89 | | 52,468.01 |
| 10/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.98 | | 52,473.99 |
| 11/28/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.29 | | 52,478.28 |
| 12/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.64 | | 52,481.92 |
| 01/13/09 | | Corporate Management | Blanket Bond Disbursement #016025040 | 2300-000 | | 91.44 | 52,390.48 |
| 01/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.14 | | 52,392.62 |
| 02/27/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.99 | | 52,394.61 |
| 03/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.28 | | 52,396.89 |
| 04/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.13 | | 52,399.02 |
| 05/29/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.06 | | 52,401.08 |
| 06/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.28 | | 52,403.36 |
| 07/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.20 | | 52,405.56 |
| 08/17/09 | | ACCOUNT FUNDED: 312018867119 | Transfer to Open TDA | 9999-000 | | 52,405.56 | 0.00 |
| 08/18/09 | {11} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.14 | | 1.14 |
| 08/18/09 | | To Account #312018867166 | To Close Account | 9999-000 | | 1.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 82,131.24 | 82,131.24 | $0.00 |
| | | | Less: Bank Transfers | | 80,136.11 | 81,503.88 | |
| | | | **Subtotal** | | 1,995.13 | 627.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,995.13** | **$627.36** | |

{} Asset reference(s)                                                                                     Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 91-03294-LT | **Trustee:** | Richard M Kipperman, Ch. 7 Trustee (007900) | |
| **Case Name:** | OZONE SYSTEMS, INC. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | **Account:** | 312-0188671-66 - Checking Account | |
| **Taxpayer ID #:** | 33-0240354 | **Blanket Bond:** | $1,500,000.00  (per case limit) | |
| **Period Ending:** | 05/25/10 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/07 | | From Account #312018867165 | Open & Transfer to new checking to pay professional | 9999-000 | 3,437.18 | | 3,437.18 |
| 04/27/07 | 101 | R. Dean Johnson, CPA<br>7801 Mission Center Ct.<br>Suite 200<br>San Diego, CA 92108 | Order Approving Accountant's Final Fees and Expenses 4/24/07 | | | 3,337.18 | 100.00 |
| | | | Fees           3,074.50 | 3410-000 | | | 100.00 |
| | | | Expenses         262.68 | 3410-000 | | | 100.00 |
| 06/16/08 | | From Account #312018867165 | To Write Checks | 9999-000 | 24,000.00 | | 24,100.00 |
| 06/16/08 | 102 | Geraci & Lopez<br>Stephen F. Lopez, Esq.<br>13355 Midland Road, Ste 140<br>Poway, CA 92064 | First & Final Atty's Fees Allowed. Entered on 6/10/08 | 3210-000 | | 23,020.00 | 1,080.00 |
| 09/09/08 | | From Account #312018867165 | Transfer to issue check | 9999-000 | 1,660.00 | | 2,740.00 |
| 09/09/08 | 103 | Richard M Kipperman, Trustee | Trustee's fees $2,500.00, costs $234.92 | | | 2,734.92 | 5.08 |
| | | | Trustee's fees      2,500.00 | 2100-000 | | | 5.08 |
| | | | Trustee's costs       234.92 | 2200-000 | | | 5.08 |
| 08/18/09 | | From Account #312018867165 | To Close Account | 9999-000 | 1.14 | | 6.22 |
| 01/26/10 | | Transfer funds from TDA | To close TDA, closing case | 9999-000 | 52,355.65 | | 52,361.87 |
| 01/27/10 | | To Account #312018867167 | Transfer to interest bearing acct | 9999-000 | | 52,261.87 | 100.00 |
| 01/27/10 | 104 | Richard M Kipperman<br>P.O. Box 3939<br>La Mesa, CA 91944-3939 | Remainder of fees due from prior case administration | 2100-000 | | 92.90 | 7.10 |
| 03/16/10 | | Wire out to BNYM account 000018867166 | Wire out to BNYM account 000018867166 | 9999-000 | -7.10 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 81,446.87 | 81,446.87 | $0.00 |
| | | | Less: Bank Transfers | | 81,446.87 | 52,261.87 | |
| | | | **Subtotal** | | 0.00 | 29,185.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$29,185.00** | |

{} Asset reference(s)                                                                                                                      Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 91-03294-LT | | **Trustee:** | Richard M Kipperman, Ch. 7 Trustee (007900) |
|---|---|---|---|---|
| **Case Name:** | OZONE SYSTEMS, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | 312-0188671-67 - Money Market Account |
| **Taxpayer ID #:** | 33-0240354 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 05/25/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/10 | | From Account #312018867166 | Transfer to interest bearing acct | 9999-000 | 52,261.87 | | 52,261.87 |
| 01/29/10 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 52,262.08 |
| 02/26/10 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.99 | | 52,264.07 |
| 03/16/10 | {11} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.20 | | 52,265.27 |
| 03/16/10 | | Wire out to BNYM account 000018867167 | Wire out to BNYM account 000018867167 | 9999-000 | -52,265.27 | | 0.00 |

|  | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | -3.40 | 0.00 | |
|  | **Subtotal** | **3.40** | **0.00** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$3.40** | **$0.00** | |

{} Asset reference(s)      Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 91-03294-LT | **Trustee:** | Richard M Kipperman, Ch. 7 Trustee (007900) |
| **Case Name:** | OZONE SYSTEMS, INC. | **Bank Name:** | BANK OF AMERICA, N.A. |
| | | **Account:** | 3753499127 - DDA - General Account |
| **Taxpayer ID #:** | 33-0240354 | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 05/25/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/97 | | TRANSFER FROM ACCT #105016306 | Bank Funds Transfer | 9999-000 | 1,952.00 | | 1,952.00 |
| 02/11/97 | 101 | CORPORATE MANAGEMENT, INC.<br>P.O. BOX 3939<br>SAN DIEGO, CA 91944-3939 | PRO-RATED PORTION OF BLANKET BOND PREMIUM | 2300-000 | | 2.44 | 1,949.56 |
| 02/10/98 | 102 | RICHARD M KIPPERMAN | TRUSTEE'S FEES | 2100-000 | | 115.41 | 1,834.15 |
| 02/10/98 | 103 | CORPORATE MANAGEMENT, INC.; REVERSE | TRUSTEE'S EXPENSES ISSUE FOR THE WRONG AMOUNT; TO BE RE-ISSUED<br>Voided on 02/11/98 | 2200-003 | | 156.41 | 1,677.74 |
| 02/10/98 | 104 | CLERK<br>UNITED STATES BANKRUPTCY COURT | COURT CHARGES $28.00 PRO-RATED @ .55404148551 | 2700-000 | | 15.51 | 1,662.23 |
| 02/10/98 | 105 | CHARLES ROCCHIO<br>7640 PAINTED DUNES DR.<br>LAS VEGAS, NV 89129-6417 | FIRST & FINAL DIVIDEND ON ADMIN. CLAIM OF $3,000.00 | 2990-000 | | 1,662.13 | 0.10 |
| 02/11/98 | 103 | CORPORATE MANAGEMENT, INC.; REVERSE | TRUSTEE'S EXPENSES ISSUE FOR THE WRONG AMOUNT; TO BE RE-ISSUED<br>Voided: check issued on 02/10/98 | 2200-003 | | -156.41 | 156.51 |
| 02/11/98 | 106 | CORPORATE MANAGEMENT, INC. | TRUSTEE'S EXPENSES | 2200-000 | | 156.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,952.00 | 1,952.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,952.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,952.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,952.00** | |

{} Asset reference(s)

Printed: 05/25/2010 11:46 AM     V.12.06

Exhibit 9

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 91-03294-LT
**Case Name:** OZONE SYSTEMS, INC.

**Taxpayer ID #:** 33-0240354
**Period Ending:** 05/25/10

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** 3758254590 - Money Market
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/07/04 | {8} | LAND AMERICA COMMONWEALTH | PAYMENT OF JUDGMENT | 1241-000 | 80,000.00 | | 80,000.00 |
| 06/30/04 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.59 | | 80,004.59 |
| 07/30/04 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.77 | | 80,011.36 |
| 08/31/04 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.79 | | 80,018.15 |
| 09/30/04 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.56 | | 80,024.71 |
| 10/29/04 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.77 | | 80,031.48 |
| 11/30/04 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.57 | | 80,038.05 |
| 12/31/04 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.78 | | 80,044.83 |
| 01/31/05 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.80 | | 80,051.63 |
| 02/28/05 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.35 | | 80,066.98 |
| 03/31/05 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 17.00 | | 80,083.98 |
| 04/29/05 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 16.45 | | 80,100.43 |
| 05/31/05 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 17.02 | | 80,117.45 |
| 06/30/05 | {11} | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 16.46 | | 80,133.91 |
| 07/05/05 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | | 80,133.91 | 0.00 |
| 07/06/05 | {11} | BANK OF AMERICA, N.A. | FINAL INTEREST | 1270-000 | 2.20 | | 2.20 |
| 07/06/05 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FINAL INTEREST FROM B OF A | 9999-000 | | 2.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 80,136.11 | 80,136.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 80,136.11 | |
| | | | Subtotal | | 80,136.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$80,136.11** | **$0.00** | |

{} Asset reference(s)

Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 91-03294-LT | **Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900) |
| **Case Name:** OZONE SYSTEMS, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-00188671-66 - Checking Account |
| **Taxpayer ID #:** 33-0240354 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 05/25/10 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312018867166 | Wire in from JPMorgan Chase Bank, N.A. account 312018867166 | 9999-000 | 7.10 | | 7.10 |
| 04/07/10 | | From Account #92000018867167 | Transfer for final distribution | 9999-000 | 52,266.84 | | 52,273.94 |
| 04/07/10 | 10105 | CLERK UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $28.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 12.49 | 52,261.45 |
| 04/07/10 | 10106 | FOWLER ENGINEERING 10844 LOS VAQUEROS CIRCLE LOS ALAMITOS, CA 90720-2516 | Dividend paid 15.74% on $308,993.62; Claim# OLD:2; Reference: Voided on 05/21/10 | 7100-003 | | 48,650.44 | 3,611.01 |
| 04/07/10 | 10107 | MARIO COLORADO 415 CHENERY ST. SAN FRANCISCO, CA 94121-3029 | Dividend paid 15.74% on $18,750.00; Claim# OLD:4G; Reference: Voided on 05/21/10 | 7100-003 | | 2,952.15 | 658.86 |
| 04/07/10 | 10108 | MOBIL OIL CREDIT CORP. P.O. BOX 419959 KANSAS CITY, MO 64141-6959 | Dividend paid 15.74% on $3,896.30; Claim# OLD:7; Reference: ACCT. #8994840356 Voided on 05/21/10 | 7100-003 | | 613.46 | 45.40 |
| 04/07/10 | 10109 | LIQUID CARBONIC SPECIALTY GAS CORP. 767 INDUSTRIAL RD. SAN CARLOS, CA 94070 | Dividend paid 15.74% on $288.33; Claim# OLD:8; Reference: Voided on 05/21/10 | 7100-003 | | 45.40 | 0.00 |
| 05/21/10 | 10106 | FOWLER ENGINEERING 10844 LOS VAQUEROS CIRCLE LOS ALAMITOS, CA 90720-2516 | Dividend paid 15.74% on $308,993.62; Claim# OLD:2; Reference: Voided: check issued on 04/07/10 | 7100-003 | | -48,650.44 | 48,650.44 |
| 05/21/10 | 10107 | MARIO COLORADO 415 CHENERY ST. SAN FRANCISCO, CA 94121-3029 | Dividend paid 15.74% on $18,750.00; Claim# OLD:4G; Reference: Voided: check issued on 04/07/10 | 7100-003 | | -2,952.15 | 51,602.59 |
| 05/21/10 | 10108 | MOBIL OIL CREDIT CORP. P.O. BOX 419959 KANSAS CITY, MO 64141-6959 | Dividend paid 15.74% on $3,896.30; Claim# OLD:7; Reference: ACCT. #8994840356 Voided: check issued on 04/07/10 | 7100-003 | | -613.46 | 52,216.05 |
| 05/21/10 | 10109 | LIQUID CARBONIC SPECIALTY GAS CORP. 767 INDUSTRIAL RD. SAN CARLOS, CA 94070 | Dividend paid 15.74% on $288.33; Claim# OLD:8; Reference: Voided: check issued on 04/07/10 | 7100-003 | | -45.40 | 52,261.45 |
| 05/25/10 | 10110 | U. S. REGISTRY | UNCLAIMED DIVIDENDS | | | 52,261.45 | 0.00 |
| | | | Fowler Engineering #2    48,650.44 | 7100-001 | | | 0.00 |
| | | | Mario Colorado #4G    2,952.15 | 7100-001 | | | 0.00 |
| | | | Mobil Oil Credit Corp. #7    613.46 | 7100-001 | | | 0.00 |
| | | | Liquid Carbonic Specialty Gas #8    45.40 | 7100-001 | | | 0.00 |

Subtotals :    $52,273.94    $52,273.94

{} Asset reference(s)    Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| **Case Number:** | 91-03294-LT | | **Trustee:** | Richard M Kipperman, Ch. 7 Trustee (007900) |
|---|---|---|---|---|
| **Case Name:** | OZONE SYSTEMS, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-00188671-66 - Checking Account |
| **Taxpayer ID #:** | 33-0240354 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 05/25/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 52,273.94 | 52,273.94 | $0.00 |
| | | | Less: Bank Transfers | | 52,273.94 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **52,273.94** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$52,273.94** | |

{} Asset reference(s)

Printed: 05/25/2010 11:46 AM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

**Case Number:** 91-03294-LT  
**Case Name:** OZONE SYSTEMS, INC.  
**Taxpayer ID #:** 33-0240354  
**Period Ending:** 05/25/10

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-00188671-67 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312018867167 | Wire in from JPMorgan Chase Bank, N.A. account 312018867167 | 9999-000 | 52,265.27 | | 52,265.27 |
| 03/31/10 | {11} | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.14 | | 52,266.41 |
| 04/07/10 | {11} | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.43 | | 52,266.84 |
| 04/07/10 | | To Account #92000018867166 | Transfer for final distribution | 9999-000 | | 52,266.84 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 52,266.84 | 52,266.84 | $0.00 |
| Less: Bank Transfers | 52,265.27 | 52,266.84 | |
| Subtotal | 1.57 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1.57 | $0.00 | |

Net Receipts :       84,140.63  
Net Estate :       $84,140.63

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # 105016306 | 1,971.89 | 19.89 | 0.00 |
| TIA # 312-0188671-19 | 32.53 | 82.44 | 0.00 |
| MMA # 312-0188671-65 | 1,995.13 | 627.36 | 0.00 |
| Checking # 312-0188671-66 | 0.00 | 29,185.00 | 0.00 |
| MMA # 312-0188671-67 | 3.40 | 0.00 | 0.00 |
| Checking # 3753499127 | 0.00 | 1,952.00 | 0.00 |
| MMA # 3758254590 | 80,136.11 | 0.00 | 0.00 |
| Checking # 9200-00188671-66 | 0.00 | 52,273.94 | 0.00 |
| MMA # 9200-00188671-67 | 1.57 | 0.00 | 0.00 |
| | $84,140.63 | $84,140.63 | $0.00 |

{} Asset reference(s)                                                                                          Printed: 05/25/2010 11:46 AM     V.12.06