*Receipt # 210 762*



**OFFICE OF THE UNITED STATES TRUSTEE**
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

TO:   Ron Arth

DATE: July 19, 2010

# TRANSMITTAL OF CHAPTER 7 FINAL ACCOUNT(S) UNCLAIMED FUNDS CHECK(S)

This office completed review of the Trustee's Final Account, Certification that the estate has been fully administered, application for Discharge and if applicable for transmittal of unclaimed funds pursuant to FRBP 3011, submitted by Richard Kipperman.

Attached is a check for unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 3011. Stop payment notices have been issued to the bank for each of the uncashed checks.

The United States Trustee requests that the clerk accept the attached check for unclaimed funds for deposit into the Registry of the U.S. Bankruptcy Court.

Ozone Systems
Case No. 91-03294-LT7

Check No. 10110
Amount of check for Registry is $52,261.45

_____ FILED
_____ ENTERED
_____ LODGED
_____ RECEIVED

JUL 2 2 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MC                          DEPUTY